1  MICHAEL J. STORTZ (SBN #139386)
   michael.stortz@dbr.com
2  MATTHEW J. ADLER (SBN #273147)
   matthew.adler@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:     (415) 591-7510

6  Attorneys for Defendant
   BUTH-NA-BODHAIGE, INC. d/b/a
7  THE BODY SHOP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE LAMBERT, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUTH-NA-BODHAIGE, INC., a Delaware corporation; RAZE MEDIA, LLC, a Texas limited liability company; and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No. 2:14-cv-00514-MCE-KJN<br><br>**FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FURTHER STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT

CASE NO. 2:14-CV-00514-MCE-KJN

1     WHEREAS, Plaintiff Aimee Lambert ("Plaintiff") filed the Complaint on February 20, 2014;

3     WHEREAS, the current responsive pleading deadlines for Defendants Raze Media, LLC and Buth-Na-Bodhaige, Inc. are May 9, 2014 and May 12, 2014, respectively, pursuant to a prior stipulation of the parties to extend Defendants' responsive pleading deadlines by 28 days (D.E. 7);

7     WHEREAS, Defendants have reviewed Plaintiff's allegations but require additional time to complete their factual investigations and prepare their responses to the Complaint;

9     WHEREAS, pursuant to Local Rule 144(a), the parties may stipulate, subject to Court approval, to an additional extension of the time to respond to the Complaint;

11     WHEREAS, a further extension will not impact any other deadlines in this action; and

12     WHEREAS, the parties through counsel have met and conferred and reached agreement to continue Defendants' current responsive pleading deadlines by approximately three more weeks.

14     THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel, subject to Court approval, as follows:

    1.    The deadline for Defendant Raze Media, LLC to respond to the Complaint is continued to and including May 30, 2014.

    2.    The deadline for Defendant Buth-Na-Bodhaige, Inc. to respond to the Complaint is continued to and including May 30, 2014.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 6, 2014 | DRINKER BIDDLE & REATH LLP |
| | By: _____<br>　　Michael J. Stortz<br>　　Matthew J. Adler |
| | Attorneys for Defendant<br>BUTH-NA-BODHAIGE, INC. d/b/a<br>THE BODY SHOP |
| Dated: May 6, 2014 | FINNERTY LAW OFFICES, INC. |
| | By: _____<br>　　Kathleen E. Finnerty |
| | Attorneys for Defendant<br>RAZE MEDIA, LLC |
| Dated: May _____, 2014 | HORNBERGER LAW CORPORATION |
| | By: _____<br>　　Nicholas W. Hornberger<br>　　Nathan Verbiscar-Brown |
| | Attorneys for Plaintiff<br>AIMEE LAMBERT |

## **ORDER**

Pursuant to the above Stipulation, IT IS SO ORDERED.

Dated: May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT