MICHAEL J. STORTZ (SBN #139386)
michael.stortz@dbr.com
MATTHEW J. ADLER (SBN #273147)
matthew.adler@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:    (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendant
BUTH-NA-BODHAIGE, INC. d/b/a
THE BODY SHOP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE LAMBERT, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUTH-NA-BODHAIGE, INC., a Delaware corporation; RAZE MEDIA, LLC, a Texas limited liability company; and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No. 2:14-cv-00514-MCE-KJN<br><br>**STIPULATION AND ORDER TO LIFT STAY IN PART AND RELIEVE PARTIES OF OBLIGATION TO PROVIDE STATUS REPORTS** |

1    WHEREAS, on February 20, 2014, Plaintiff Aimee Lambert ("Plaintiff") filed a Complaint in this Court and asserted a single claim under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.*, based upon allegations that Defendants Buth-Na-Bodhaige, Inc. d/b/a The Body Shop ("TBS") and Raze Media, LLC ("Raze") sent marketing text messages to Plaintiff and the putative class in alleged violation of the TCPA;

WHEREAS, on August 20, 2014, the Court entered an Order (D.E. 17) granting TBS's Motion to Dismiss or Stay (D.E. 10) and staying the action pending further order of the Court;

WHEREAS, the Order requires the parties to file a Joint Status Report every 60 days to advise the Court as to the status of the petitions filed with the Federal Communications Commission ("FCC") that were identified in TBS' Request for Judicial Notice (D.E. 12);

WHEREAS, in accordance with the Order, the parties submitted a Joint Status Report on October 22, 2014 (D.E. 18), December 19, 2014 (D.E. 19), and February 17, 2015 (D.E. 20);

WHEREAS, a Joint Status Report is due as of the date of this filing, April 20, 2015;

WHEREAS, in lieu of filing another Joint Status Report, the parties submit this Stipulation and Order because Plaintiff and TBS have reached an agreement in principal as to the material terms of a classwide settlement;

WHEREAS, Plaintiff and TBS reached this agreement during a mediation session on March 24, 2015 with the Honorable Fred K. Morrison (Ret.) of JAMS;

WHEREAS, Plaintiff and TBS expect to finalize the settlement by the end of April 2015, and will file a Notice of Settlement under Local Rule 160 upon execution of a settlement agreement;

WHEREAS, the parties respectfully believe, that in light of the anticipated class settlement, they should be relieved of their obligation to submit a Joint Status Report every 60 days, beginning with their obligation to submit a Joint Status Report on April 20, 2015;

WHEREAS, the parties further believe that to facilitate a class settlement the stay of this action should be lifted in part to permit Plaintiff to bring a motion for preliminary and final approval of a class settlement pursuant to Federal Rule of Civil Procedure 23(e).

///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER TO LIFT STAY IN PART AND TO RELIEVE PARTIES OF OBLIGATION TO PROVIDE STATUS REPORTS     - 1 -     CASE NO. 2:14-CV-00514-MCE-KJN

THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective counsel, as follows:

1. The stay of this action shall be lifted in part to permit presentation of a motion for preliminary and final approval of a class settlement pursuant to Rule 23(e).

2. The stay of this action shall otherwise remain in effect pending further order of the Court.

3. Beginning on April 20, 2015 and pending further Order of the Court, the parties shall no longer be required to submit a Joint Status Report every 60 days, as initially required by this Court's Order dated August 20, 2014 (D.E. 17).

IT IS SO STIPULATED.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER TO LIFT STAY IN PART AND TO RELIEVE PARTIES OF OBLIGATION TO PROVIDE STATUS REPORTS — - 2 -   CASE NO. 2:14-CV-00514-MCE-KJN

| | |
|---|---|
| Dated: April 20, 2015 | HORNBERGER LAW CORPORATION |
| | By: /s/ Nicholas W. Hornberger<br>    (authorized 4.20.2015)<br>    Nicholas W. Hornberger<br>    Nathan Verbiscar-Brown |
| | Attorneys for Plaintiff<br>AIMEE LAMBERT |
| Dated: April 20, 2015 | TRAINOR FAIRBROOK |
| | By: /s/ Kathleen E. Finnerty<br>    (authorized 4.20.2015)<br>    Kathleen E. Finnerty |
| | Attorneys for Defendant<br>RAZE MEDIA, LLC |
| Dated: April 20, 2015 | DRINKER BIDDLE & REATH LLP |
| | By: /s/ Michael J. Stortz<br>    Michael J. Stortz<br>    Matthew J. Adler |
| | Attorneys for Defendant<br>BUTH-NA-BODHAIGE, INC. d/b/a<br>THE BODY SHOP |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER TO LIFT STAY IN PART AND TO RELIEVE PARTIES OF OBLIGATION TO PROVIDE STATUS REPORTS — - 3 - —   CASE NO. 2:14-CV-00514-MCE-KJN

**ORDER**

Pursuant to the signed stipulation of the parties, the Court hereby lifts stay of this action in part to permit presentation of a motion for preliminary and final approval of a class settlement pursuant to Federal Rule of Civil Procedure 23(e).  The stay of this action shall otherwise remain in effect pending further order of the Court.  Additionally, beginning on April 20, 2015 and pending further Order of the Court, the parties shall no longer be required to submit a Joint Status Report every 60 days, as initially required by this Court's Order dated August 20, 2014.

Dated: April 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER TO LIFT STAY IN PART AND TO RELIEVE PARTIES OF OBLIGATION TO PROVIDE STATUS REPORTS — - 4 -   CASE NO. 2:14-CV-00514-MCE-KJN