**NICHOLAS W. HORNBERGER, BAR NO. 53776**
**NATHAN VERBISCAR-BROWN, BAR No. 286377**
**HORNBERGER LAW CORPORATION**
633 W. Fifth Street, 28th Floor
Los Angeles, California 90071
Tel (213) 488-1655
Fax (213) 488-1255

Attorneys for Plaintiff
AIMEE LAMBERT and the CLASS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE LAMBERT, an individual, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BUTH-NA-BODHAIGE, INC., a Delaware corporation; RAZE MEDIA, INC., a Texas corporation; and DOES 1 -50, inclusive<br><br>Defendants. | Case No. 2:14-cv-00514-MCE-KJN<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND *UNOPPOSED* MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      July 9, 2015<br>Time:     2:00 p.m.<br>Courtroom: 7<br>Judge:    The Hon. Morrison C. England |

- 1 -
**NOTICE OF MOTION AND *UNOPPOSED* MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on July 9, 2015, at 2:00 p.m., or as soon thereafter as counsel may be heard in Courtroom 7 of the above-entitled Court located at 501 I Street, Sacramento, CA 95814, Plaintiff Aimee Lambert ("Plaintiff") will and hereby does move the Court for an Order Preliminarily Approving the Class Action Settlement in this matter, including each of the following:

(1) preliminarily approving the Settlement Agreement as being fair, reasonable, and adequate;

(2) preliminarily approving the form, manner, and content of the Notice to the Class and the Claim Form;

(3) setting the date and time of the Final Fairness Hearing;

(4) provisionally certifying the Class under Rule 23 of the Federal Rules of Civil Procedure for settlement purposes only;

(5) appointing Plaintiff as the Class Representative; and

(6) appointing the law firm of Hornberger Law as settlement Class Counsel.

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the supporting declarations and exhibits submitted herewith, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

DATED: June 10, 2015                              HORNBERGER LAW CORPORATION


                                                  /s/ Nathan Verbiscar-Brown
                                           BY:    NATHAN VERBISCAR-BROWN, ESQ.
                                                  Attorneys for Plaintiff AIMEE LAMBERT

**NOTICE OF MOTION AND *UNOPPOSED* MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**