UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE LAMBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUTH-NA-BODHAIGE, INC. and RAZE MEDIA, LLC,<br><br>　　　　Defendants. | No. 2:14-cv-00514-MCE-KJN<br><br><br>**ORDER** |

In light of the United States Supreme Court's granting of certiorari in <u>Gomez v. Campbell-Ewald Co.</u>, 768 F.3d 871 (9th Cir. 2014), <u>cert. granted</u>, 135 S. Ct. 2311 (2015), the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement (ECF No. 24) is VACATED.

///
///
///
///
///
///
///

1

1    The parties are hereby ORDERED to submit simultaneous supplemental briefing
2 to the Court within fourteen (14) days of the electronic filing of this Order.  The
3 supplemental briefs shall address (1) the significance of the Supreme Court's grant of
4 certiorari in <u>Gomez</u>, and (2) whether this case should be stayed pending a decision from
5 the Supreme Court.  The supplemental briefs shall not exceed ten (10) pages.
6 Dated:  July 1, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT