# Exhibit 'A'

## *Adams v. AllianceOne Receivables Management, Inc.*
## Case No. 3:08-cv-00248
## (S.D. California)

### Settlement Details

| <u>Item</u> | <u>Amount</u> |
|---|---:|
| **Fund Information** | |
| Total Fund | $ 7,792,041 |
| *(This is the amount claimants received plus administrative costs, and fees. The total amount defendant made available to the class was $9,000,000.)* | |
| Administrative Costs | $ 2,549,121 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 5,242,920 |
| Fee Award | $ 2,700,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 51.5% |
| Fee Award as Percentage of Total Amount Available | 30% |
| **Lodestar Information** | |
| Lodestar Total | $ 708,660 |
| Lodestar Hours | 1,332 |
| Lodestar Hourly Rate | $ 532 |
| Lodestar Multiplier | 3.81 |
| **Class Information** | |
| Class Members | 5,627,963 |
| Claimants | 63,573 |
| Claim Rate | 1.1% |
| Estimated Recovery Per Claimant | $ 40 |
| Actual Recovery Per Claimant | $ 40 |