# Exhibit 'B'

*Kramer v. Autobytel, Inc., et al.*
Case No. 4:10-cv-02722
(N.D. California)

### Settlement Details

| <u>Item</u> | <u>Amount</u> |
|---|---|
| **Fund Information** | |
| Total Fund | $ 12,200,000 |
| Administrative Costs | $ 1,246,933 |
| Cy Pres Award | Not Publicly Available |
| Fund Less Admin *(Cy pres award not publicly available.)* | $ 10,953,067 |
| Fee Award | $ 3,050,000 |
| Fee Award as Percentage of Fund Less Admin *(Cy pres award not publicly available.)* | 27.8% |
| Fee Award as Percentage of Total Fund | 25% |
| **Lodestar Information** | |
| Lodestar Total | $ 1,129,629 |
| Lodestar Hours | 2,741.7 |
| Lodestar Hourly Rate | $ 412 |
| Lodestar Multiplier | 2.7 |
| **Class Information** | |
| Class Members | 47,000,000 |
| Claimants | Not Publicly Available |
| Claim Rate | Not Publicly Available |
| Estimated Recovery Per Claimant | $ 100 |
| Actual Recovery Per Claimant | Not Publicly Available |