# Exhibit 'C'

## *Malta v. Freddie Mac & Wells Fargo Home Mortgage*
## Case No. 3:10-cv-01290
## (S.D. California)

### Settings Details

| **Item** | **Amount** |
|---|---|
| **Fund Information** | |
| Total Fund | $ 17,078,324 |
| *(This includes the amount paid to claimants, admin costs, and the fee award. The total fund that defendant made available was $17,100,000.00.)* | |
| Administrative Costs | $ 2,997,291 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 14,081,033 |
| Fee Award | $ 3,847,500 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 27.3% |
| Fee Award as Percentage of Total Amount Available | 22.5% |
| **Lodestar Information** | |
| Lodestar Total | $ 746,061 |
| Lodestar Hours | 1,352.28 |
| Lodestar Hourly Rate | $ 552 |
| Lodestar Multiplier | 5.16 |
| **Class Information** | |
| Class Members | 4,337,960 |
| Claimants | 120,650 |
| Claim Rate | 2.78% |
| Estimated Recovery Per Claimant | Not Publicly Available |
| Actual Recovery Per Claimant | $ 85 |