# Exhibit 'D'

*Palmer v. Sprint Solutions, Inc.*
Case No. 2:09-cv-01211
(W.D. Washington)

### Settlement Details

| Item | Amount |
|---|---:|
| **Fund Information** | |
| Total Fund | $ 5,500,000 |
| Administrative Costs | $ 1,012,825 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 4,487,175 |
| Fee Award | $ 1,540,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 34.3% |
| Fee Award as Percentage of Total Fund | 28% |
| **Lodestar Information** | |
| Lodestar Total | $ 621,000 |
| Lodestar Hours | 1,185 |
| Lodestar Hourly Rate | $ 524 |
| Lodestar Multiplier | 2.48 |
| **Class Information** | |
| Class Members | Not Publicly Available |
| Claimants *(There were 37,676 claimants as of the date of the motion for final approval.)* | Not Publicly Available |
| Claim Rate | Not Publicly Available |
| Estimated Recovery Per Claimant | Not Publicly Available |
| Actual Recovery Per Claimant | Not Publicly Available |