# Exhibit 'E'

*Robles v. Lucky Brand Dungarees, et al.*
Case No. 3:10-cv-04846
(N.D. California)

### Settlement Details

| <u>Item</u> | <u>Amount</u> |
|---|---|
| **Fund Information** | |
| Total Fund | $ 3,615,600 |
| *(Defendant made $9,900,000.00 available to the class. This figure is based on total number of claims made as of final approval plus attorneys' fees. The final total fund was likely larger given there were 90 days remaining in the claims period.)* | |
| Administrative Costs | Not Publicly Available |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | Not Publicly Available |
| Fee Award | $ 2,400,000 |
| Fee Award as Percentage of Fund | 66.4% |
| Fee Award as Percentage of Total Amount Available | 24.2% |
| **Lodestar Information** | |
| Lodestar Total | $ 878,343 |
| Lodestar Hours | 1,803.3 |
| Lodestar Hourly Rate | $ 487 |
| Lodestar Multiplier | 2.73 |
| **Class Information** | |
| Class Members | 216,711 |
| Claimants *(As of final approval.)* | 12,156 |
| Claim Rate *(As of final approval.)* | 5.6% |
| Estimated Recovery Per Claimant | $ 100 |
| Actual Recovery Per Claimant | $ 100 |