# Exhibit 'F'

## *Steinfeld, et al. v. Discover Financial Services, et al.*
## Case No. 3:12-cv-01118
## (N.D. California)

### Settings Details

| **Item** | **Amount** |
|---|---:|
| **Fund Information** | |
| Total Fund | $ 8,700,000 |
| Administrative Costs | $ 1,397,100 |
| Cy Pres Award | $ 0 |
| Fund Less Admin & Cy Pres | $ 7,302,900 |
| Fee Award | $ 2,175,000 |
| Fee Award as Percentage of Fund Less Admin & Cy Pres | 29.8% |
| Fee Award as Percentage of Total Fund | 25% |
| **Lodestar Information** | |
| Lodestar Total | $ 712,364 |
| Lodestar Hours | 1,348.4 |
| Lodestar Hourly Rate | $ 528.3 |
| Lodestar Multiplier | 3.05 |
| **Class Information** | |
| Class Members | 9,321,114 |
| Claimants | 109,154 |
| Claim Rate | 1.2% |
| Estimated Recovery Per Claimant | $ 20-$ 40 |
| Actual Recovery Per Claimant | $ 47 |