# Exhibit D

### Body Shop Facebook Newsfeed Screen Shot

Suggested Post

 **Class Action Notice**   👍 Like Page
Sponsored (demo)

Did you get a text from The Body Shop? You may get a gift card from a class settlement.



Body Shop Text Settlement
THEBODYSHOPTEXTSETTLEMENT.COM

### Body Shop Facebook Rightside

SPONSORED   Create Ad



**Body Shop Text Settlement**
thebodyshoptextsettlement.com
Did you get a text from The Body Shop? You may get a gift card from a class settlement

### Body Shop Twitter Screenshots

 **Class Action Notice** @ClassSettlement   5 Aug 2015

If you received a text message from The Body Shop, you could get a gift card from a Class Action Settlement.
cards.twitter.com/cards/18ce53yj...



Did you get a text from The Body Shop?
TheBodyShopTextSettlement.com

Learn more

**Body Shop Millennial Mobile Screenshots**


