1  **NICHOLAS W. HORNBERGER, BAR NO. 53776**
   **NATHAN VERBISCAR-BROWN, BAR No. 286377**
2  **HORNBERGER LAW CORPORATION**
   633 W. Fifth Street, 28th Floor
3  Los Angeles, California 90071
   Tel (213) 488-1655
4  Fax (213) 488-1255

5  Attorneys for Plaintiff
   AIMEE LAMBERT and the CLASS
6

7
                **UNITED STATES DISTRICT COURT**
8
                **EASTERN DISTRICT OF CALIFORNIA**
9

10

11  AIMEE LAMBERT, an individual, on behalf      Case No. 2:14-cv-00514-MCE-KJN
    of herself and all others similarly situated;
12                                                **CLASS ACTION**

13              Plaintiff,                         **DECLARATION OF AIMEE LAMBERT**
                                                   **IN SUPPORT OF *UNOPPOSED* MOTION**
14  vs.                                            **FOR AWARD OF ATTORNEYS' FEES,**
                                                   **COSTS AND INCENTIVE AWARDS**
15  BUTH-NA-BODHAIGE, INC., a Delaware
    corporation; RAZE MEDIA, INC., a Texas        Date:      November 12, 2015
16  corporation; and DOES 1 -50, inclusive        Time:      2:00 p.m.
                                                   Courtroom: 7
17              Defendants.                        Judge:     The Hon. Morrison C. England

18

19

20

21

22

23

24

25

26

27

28                                        - 1 -
        **DECLARATION OF AIMEE LAMBERT IN SUPPORT OF *UNOPPOSED* MOTION**
           **FOR AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**

1 | I, AIMEE LAMBERT, declare as follows:

2 |      1.     I am a named plaintiff in *Aimee Lambert v. Buth-Na-Bodhaige, Inc.,* Eastern District

3 | of California Case No. 2:14-cv-00514-MCE-KJN ("the Action") and submit this declaration in

4 | support of the Unopposed Motion for Award of Attorneys' Fees, Costs, and Incentive Awards. I

5 | have been involved in this matter since before it was filed in February of 2014. I am familiar with

6 | the allegations in the Action, with the terms of the settlement and with the efforts of Hornberger

7 | Law Corporation. I have personal knowledge of the facts set forth in this declaration and could and

8 | would testify competently to them.

9 |      2.     Defendant Buth-Na-Bodhaige, Inc. d/b/a The Body Shop (hereinafter "TBS") has

10 | agreed to pay me, as a Class Representative in this class action, the sum of $5,000 for my time and

11 | effort in prosecuting this case, as well as the risk involved, both financial and otherwise. With the

12 | assistance of the Hon. Fred K. Morrison (Ret.) at the Mediation, and only after the parties had

13 | agreed to all substantive terms relating to Class compensation, the incentive award was agreed to

14 | through arm's-length negotiations.

15 |      3.     During the Class Period I received a text message to my personal cellular telephone

16 | from TBS or a third party acting on behalf of TBS.

17 |      4.     Since the beginning of this lawsuit I have actively participated in this litigation,

18 | spending more than 5 hours participating in interviews, meetings and telephone consultations with

19 | Class Counsel who required information pertaining to my receipt of the text message sent by TBS

20 | as well as other information relating to my interactions with TBS. I also maintained and provided

21 | to Class Counsel all relevant documents relating to my transactions at TBS stores. This work was

22 | undertaken in order to assist Class Counsel with preparing the complaint in this matter, the

23 | Mediation, and the motion for preliminary approval of this class action lawsuit.

24 |      5.     Since late 2013, I have worked with my attorneys researching the allegations and

25 | meeting with my attorneys prior to the case being filed. After the case was filed, I had weekly (if

26 | not more) telephone conversations with Mr. Hornberger or Mr. Verbiscar-Brown regarding the

27 | case. In total, I have spent approximately 30 hours in assisting with the litigation and settlement of

28 |

- 2 -

**DECLARATION OF AIMEE LAMBERT IN SUPPORT OF *UNOPPOSED* MOTION
FOR AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**

this case.  The breakdown of my time spent in actively assisting in the prosecution of this case is as follows:

| | |
|---|---|
| **Meetings/Conversations With Counsel**: | 20 hours |
| **Reviewing Pleadings and Research**: | 3 hours |
| **Searching for, and locating, documents**: | 2 hours |
| **Mediation Conversations**: | 1 hour |
| **Review of Settlement Documents**: | 4 hours |

6.      I believe that the requested $5,000 incentive award is fair and reasonable since I have spent a significant amount of time and effort to bring and maintain this lawsuit, and I continued to work with Class Counsel to make sure a fair and reasonable settlement was achieved.

7.      I ultimately sacrificed my personal interests for the class' benefit.  By agreeing to file this case, I assumed the risk of a judgment against me and personal liability for an award of costs to TBS in the event of an adverse outcome.  The potential financial risks are in and of themselves enough to dissuade many if not most people from agreeing to act as a class representative.

8.      I also took the risk that this lawsuit would have a negative impact on my future business and employment opportunities because someone could run a background search, including a search for court records, and conclude that I am overly litigious and hold that false conclusion against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed September 23, 2015 in Sacramento, California.

AIMEE LAMBERT

**DECLARATION OF AIMEE LAMBERT IN SUPPORT OF *UNOPPOSED* MOTION
FOR AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**