# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE LAMBERT, an individual, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BUTH-NA-BODHAIGE, INC., a Delaware corporation; RAZE MEDIA, INC., a Texas corporation; and DOES 1 -50, inclusive<br><br>Defendants. | Case No. 2:14-cv-00514-MCE-KJN<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**<br><br>Date:          November 12, 2015<br>Time:         2:00 p.m.<br>Courtroom: 7<br>Judge:        The Hon. Morrison C. England |

1     The Court, having reviewed Plaintiff Aimee Lambert's ("Plaintiff") Motion for Attorneys' Fees,
2  Costs, and Incentive Awards, the pleadings and other papers on file in this action, and the statements of
3  counsel and the parties, hereby finds that Plaintiff's motion should be GRANTED.

4     NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

5     1.     For purposes of this Order, except as otherwise set forth herein, the Court adopts and
6  incorporates the definitions contained in the Stipulation and Agreement of Settlement (Doc. 24-2, Ex.
7  A) ("Settlement Agreement").

8     2.     The Court finds that Plaintiff's requested fee award of $1,593,605.70 is fair and
9  reasonable in light of the results obtained by Plaintiff's counsel in this case; the risks and complex
10 issues involved, and the skill and high-quality work required to overcome them; the burdens borne by
11 counsel in pursuing this litigation on a pure contingency basis; and the range of awards made in similar
12 cases. The Court finds that the requested fee award, which represents approximately 21.8% of the
13 Settlement Benefits, is less than the Ninth Circuit's benchmark of 25%, and comports with the
14 applicable law and is justified by the circumstances of this case.

15    3.     The Court has confirmed the reasonableness of Plaintiff's fee request by conducting a
16 lodestar cross-check. The Court finds that Plaintiffs' counsel's reasonable lodestar as of the date they
17 filed their Motion for Attorneys' Fees, Costs, and Incentive Awards was $542,640.00 based on their
18 current hourly rates.  Accordingly, Plaintiffs' requested fee award represents a multiplier of 2.95 based
19 on their counsel's current hourly rates. This multiplier is within the range of multipliers awarded in
20 similar complex, class action cases and is well-justified here, given the novelty and difficulty of this
21 litigation, counsel's skillful handling of the difficult factual and legal issues presented, the significant
22 contingent risks in this case, and the quality of the result achieved.

23    4.     The Court finds that Plaintiff's counsel incurred $6,394.30 in litigation costs and
24 expenses as of the date they filed their Motion for Attorneys' Fees, Costs, and Incentive Awards. The
25 Court finds that these costs and expenses were reasonably incurred in the ordinary course of
26 prosecuting this case and were necessary given the nature and scope of the case. Accordingly, the Court
27 approves payment to counsel in the amount of $6,394.30 for reimbursement of costs and expenses.
28

1    5.    Finally, the Court approves an incentive award of $5,000 to Plaintiff. This incentive award is reasonable and justified given: (1) the risks – reputational, financial, and otherwise – faced by Plaintiff in bringing this lawsuit; and (2) the work performed and the active participation in the litigation and settlement processes by the Plaintiff on behalf of the Class Members.

6.    The attorneys' fees, costs, and incentive awards set forth in this Order shall be paid by Defendant Buth-Na-Bodhaige, Inc. d/b/a The Body Shop in accordance with the terms of the Settlement Agreement.

Dated: _____, 2015          _____
                                      Hon. Morrison C. England
                                      United States District Judge

- 3 -
**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**