**NICHOLAS W. HORNBERGER, BAR NO. 53776**
**NATHAN VERBISCAR-BROWN, BAR No. 286377**
**HORNBERGER LAW CORPORATION**
633 W. Fifth Street, 28th Floor
Los Angeles, California 90071
Tel (213) 488-1655
Fax (213) 488-1255

Attorneys for Plaintiff
AIMEE LAMBERT and the CLASS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE LAMBERT, an individual, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BUTH-NA-BODHAIGE, INC., a Delaware corporation; RAZE MEDIA, INC., a Texas corporation; and DOES 1 -50, inclusive<br><br>Defendants. | Case No. 2:14-cv-00514-MCE-KJN<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND *UNOPPOSED* MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  November 12, 2015<br>Time:  2:00 p.m.<br>Courtroom:  7<br>Judge:  The Hon. Morrison C. England |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on November 12, 2015, at 2:00 p.m., or as soon thereafter as counsel may be heard in Courtroom 7 of the above-entitled Court located at 501 I Street, Sacramento, CA 95814, Plaintiff Aimee Lambert will and hereby does move the Court for an Order Finally Approving the Class Action Settlement pursuant to Federal Rule of Civil Procedure 23(e).

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the supporting declarations and exhibits submitted herewith, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

DATED:  October 23, 2015                HORNBERGER LAW CORPORATION


                                        /s/ Nathan Verbiscar-Brown
                                    BY:    NATHAN VERBISCAR-BROWN, ESQ.
                                        Attorneys for Plaintiff AIMEE LAMBERT

**NOTICE OF MOTION AND *UNOPPOSED* MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**