# Exhibit A



Michael J. Stortz
415-591-7583 Direct
415-581-7510 Fax
michael.stortz@dbr.com

*Law Offices*

50 Fremont Street
San Francisco, CA
94105-2235

415-591-7500 phone
415-591-7510 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

June 19, 2015

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Loretta E. Lynch
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Other State Attorneys General
(see attached distribution list)

    Re:  **Notice of Proposed Settlement Pursuant to 28 U.S.C. § 1715**

Dear Ladies and Gentlemen:

  On behalf of Buth-Na-Bodhaige, Inc., d/b/a The Body Shop ("TBS"), I write to provide notice of the filing of a proposed class action settlement in the following action:

| | |
|---|---|
| Name: | *Aimee Lambert v. Buth-Na-Bodhaige, Inc., et al.* |
| Number: | 2:14-cv-00514-MCE-KJN |
| District: | Eastern District of California |
| Date: | February 20, 2014 |

  Aimee Lambert ("Plaintiff") alleges that TBS violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, by allegedly sending unsolicited text messages to its customers' cellular telephones. TBS has denied any liability or wrongdoing and has argued that its customers consented to receive the messages. TBS agreed to settle the case because litigation can be uncertain and the potential penalties constituted an unreasonable risk to TBS and its customers.

  In accordance with 28 U.S.C. Section 1715(b)(1)–(b)(8), TBS states the following about the proposed settlement of this action:

  1.  The enclosed CD contains copies of Plaintiff's Complaint and any materials filed with the Complaint.

*Established 1849*

DrinkerBiddle&Reath
L L P

June 19, 2015
Page 2

2.	The enclosed CD contains a copy of Plaintiff's Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement, which gives notice that a Preliminary Approval Hearing is scheduled for July 9, 2015 at 2:00 p.m. before the Honorable Morrison C. England, in Courtroom 7 of the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California 95814.

3.	The enclosed CD contains copies of the various proposed notifications to class members of the proposed settlement and their right to request exclusion from it.

4.	The enclosed CD contains a copy of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, filed on June 11, 2015, and all supporting papers filed therewith, including the proposed class action settlement (attached as Exhibit A to the Declaration of Nicholas W. Hornberger).

5.	The parties' entire agreement is set forth in the enclosed proposed class action settlement. There are no other contemporaneously made agreements.

6.	The Court has not issued a final judgment and Plaintiff has not filed a notice of dismissal.

7.	It is not currently feasible to provide the names of class members who reside in each State and their estimated proportionate share of the entire settlement. Accordingly, the enclosed CD contains reasonable estimates generated from official data from the United States Census Bureau.

8.	To date, there have been no written judicial opinions relating to the materials described in paragraphs (3) through (6), above.

If you have any questions about this notice, the lawsuit, or the enclosed material, please do not hesitate to contact me.

Respectfully,

*[signature]*

Michael J. Stortz

Enclosures

cc: Nicholas W. Hornberger
    Nathan Verbiscar-Brown

DrinkerBiddle&Reath

June 19, 2015
Page 3

DISTRIBUTION LIST FOR CAFA NOTICE IN
*Lambert v. Buth-Na-Bodhaige, Inc., et al.*

**Alabama Attorney General**
Luther Strange
501 Washington Ave. P.O. Box 300152
Montgomery, AL 36130-0152

**Alaska Attorney General**
Craig W. Richards
P.O. Box 110300
Juneau, AK 99811-0300

**American Samoa Attorney General**
Talauega Eleasalo V. Ale
American Samoa Gov't, Exec. Ofc. Bldg, Utulei, Territory of American Samoa
Pago Pago, AS 96799

**Arizona Attorney General**
Mark Brnovich
1275 W. Washington St.
Phoenix, AZ 85007

**Arkansas Attorney General**
Leslie Rutledge
323 Center St., Suite 200
Little Rock, AR 72201-2610

**California Attorney General**
Kamala Harris
1300 I St., Ste. 1740
Sacramento, CA 95814

**Colorado Attorney General**
Cynthia Coffman
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
George Jepsen
55 Elm St.
Hartford, CT 06141-0120

DrinkerBiddle&Reath

June 19, 2015
Page 4

**Delaware Attorney General**
Matthew Denn
Carvel State Office Building
820 N. French St.,
Wilmington, DE 19801

**District of Columbia Attorney General**
Karl A. Racine
441 4th Street, NW, Suite 1100S
Washington, DC 20001

**Florida Attorney General**
Pamela J. Bondi
The Capitol, PL 01
Tallahassee, FL 32399-1050

**Georgia Attorney General**
Samuel S. Olens
40 Capitol Square, SW
Atlanta, GA 30334-1300

**Guam Attorney General**
Elizabeth Barrett-Anderson
Office of the Attorney General, ITC Building
590 S. Marine Corps Dr, Ste. 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Douglas S. Chin
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Lawrence Wasden
Statehouse
Boise, ID 83720-1000

**Illinois Attorney General**
Lisa Madigan
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

DrinkerBiddle&Reath

June 19, 2015
Page 5

**Indiana Attorney General**
Greg Zoeller
Indiana Government Center South – 5th Floor
302 West Washington Street
Indianapolis, IN 46204

**Iowa Attorney General**
Tom Miller
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Derek Schmidt
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597

**Kentucky Attorney General**
Jack Conway
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
James D. "Buddy" Caldwell
P.O. Box 94095
Baton Rouge, LA 70804-4095

**Maine Attorney General**
Janet T. Mills
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Brian Frosh
200 St. Paul Place
Baltimore, MD 21202-2202

**Massachusetts Attorney General**
Maura Healey
1 Ashburton Place
Boston, MA 02108-1698

DrinkerBiddle&Reath

June 19, 2015
Page 6

**Michigan Attorney General**
Bill Shuette
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909-0212

**Minnesota Attorney General**
Lori Swanson
State Capitol, Ste. 102
St. Paul, MN 55155

**Mississippi Attorney General**
Jim Hood
Department of Justice
P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Chris Koster
Supreme Ct. Bldg.
207 W. High St.
Jefferson City, MO 65101

**Montana Attorney General**
Tim Fox
Justice Bldg.
215 N. Sanders
Helena, MT 59620-1401

**Nebraska Attorney General**
Doug Peterson
State Capitol
P.O. Box 98920
Lincoln, NE 68509-8920

**Nevada Attorney General**
Adam Paul Laxalt
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701

DrinkerBiddle&Reath

June 19, 2015
Page 7

**New Hampshire Attorney General**
Joseph A. Foster
33 Capitol St.
Concord, NH 03301

**New Jersey Attorney General**
John Jay Hoffman
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Hector Balderas
P.O. Drawer 1508
Santa Fe, NM 87504-1508

**New York Attorney General**
Eric Schneiderman
Department of Law - The Capitol, 2nd fl.
Albany, NY 12224

**North Carolina Attorney General**
Roy Cooper
Dept. of Justice
P.O. Box 629
Raleigh, NC 27602-0629

**North Dakota Attorney General**
Wayne Stenehjem
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505-0040

**Northern Mariana Islands Attorney General**
Edward Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907

DrinkerBiddle&Reath

June 19, 2015
Page 8

**Ohio Attorney General**
Mike DeWine
State Office Tower
30 E. Broad St.,
Columbus, OH 43266-0410

**Oklahoma Attorney General**
Scott Pruitt
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Ellen F. Rosenblum
Justice Bldg.
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Kathleen Kane
1600 Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Cesar R. Miranda-Rodriguez
P.O. Box 902192
San Juan, PR 00902-0192

**Rhode Island Attorney General**
Peter Kilmartin
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan McCrory Wilson
Rembert C. Dennis Office Building
P.O.Box 11549,
Columbia, SC 29211-1549

**South Dakota Attorney General**
Marty J. Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501

DrinkerBiddle&Reath
L L P

June 19, 2015
Page 9

**Tennessee Attorney General**
Herbert H. Slatery
425 5th Avenue North
Nashville, TN 37243

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O.Box 12548,
Austin, TX 78711-2548

**Utah Attorney General**
Sean Reyes
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

**Vermont Attorney General**
William H. Sorrell
109 State St.
Montpelier, VT 05609-1001

**Virgin Islands Attorney General**
Terri Griffiths
Department of Justice
G.E.R.S. Complex 488-50C Kronprinsdens Gade
St. Thomas, VI 00802

**Virginia Attorney General**
Mark Herring
900 East Main St.
Richmond, VA 23219

**Washington Attorney General**
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100

**West Virginia Attorney General**
Patrick Morrisey
State Capitol
1900 Kanawha Blvd., E.
Charleston, WV 25305

DrinkerBiddle&Reath

June 19, 2015
Page 10

**Wisconsin Attorney General**
Brad Schimel
Wisconsin Department of Justice, State Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707-7857

**Wyoming Attorney General**
Peter K. Michael
State Capitol Bldg.
Cheyenne, WY 82002