# Exhibit B

# If you received a text message from The Body Shop you may be entitled to a $25 Gift Card from a class action settlement.

A pending class action settlement has been reached in *Lambert v. Buth-Na-Bodhaige, Inc., et al.*

**What Is This About? –** The lawsuit claims that Buth-Na-Bodhaige, Inc. d/b/a The Body Shop ("The Body Shop") and Raze Media, LLC violated the Telephone Consumer Protection Act by using an automatic telephone dialing system to send unsolicited text messages to cell phones without prior consent. The Body Shop denies that it did anything wrong. The Court has not decided who is right or wrong.

**Who Is A Class Member? –** If you received a text message from or on behalf of The Body Shop, then you may be a class member. There are no benefits now and no guarantee that there will be any. If the Court approves the Settlement, you may be entitled to receive a twenty-five dollar ($25.00) Gift Card.

**What Are My Options? –** You may object to this Settlement, or request to be excluded from the Settlement by writing to the Settlement Administrator, postmarked on or before October 13, 2015. If you request to be excluded from the Settlement, postmarked on or before October 13, 2015, you will not receive a Gift Card. If you received this notice by mail or email, you do not need to do anything to get the $25 Gift Card. If the court approves the settlement and you did not exclude yourself, you will automatically be emailed or mailed a $25 electronic Gift Card and be deemed to have released The Body Shop from all claims described in the full notice.

**Where Can I Get More Information? –** You can obtain the full notice of the proposed settlement and additional information at www.TheBodyShopTextSettlement.com, by calling 1-855-731-7494 or by writing to:

> The Body Shop Class Action Settlement Administrator
> c/o Heffler Claims Group
> P.O. Box 58907
> Philadelphia, PA 19102-8907

The Court will hold a hearing on November 12, 2015, at 2:00 p.m. at the United States District Court for the Eastern District of California, Courtroom 7, 501 I Street, Sacramento, CA 95814, to decide whether to approve this Settlement and to award attorneys' fees and costs, and an incentive award to the plaintiff. The motions for attorneys' fees and costs and plaintiff incentive awards will be posted on the Settlement website after they are filed. The court has appointed attorneys to represent you. You may attend this hearing, but you do not have to.

This is only a summary. For detailed information please visit www.TheBodyShopTextSettlement.com or call 1-855-731-7494.

**Please do not contact the court or the clerk's office.**