# Exhibit D

# Exhibit D

**Body Shop Facebook Newsfeed Screen Shot**



**Body Shop Facebook Rightside**



**Body Shop Twitter Screenshots**



**Body Shop Millennial Mobile Screenshots**

