## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23, 2015, the foregoing

- **NOTICE OF MOTION AND *UNOPPOSED* MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *UNOPPOSED* MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

- **DECLARATION OF NICHOLAS W. HORNBERGER IN SUPPORT OF *UNOPPOSED* MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**

- **DECLARATION OF TERESA Y. SUTOR OF HEFFLER CLAIMS GROUP IN SUPPORT OF MOTION FOR FINAL APPROVAL;**

- **[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT; and**

- **[PROPOSED] FINAL JUDGMENT**

were filed electronically with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system to all counsel of record.

/s/ Nathan Verbiscar-Brown
Nathan Verbiscar-Brown